IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| LISA H. SWEETEN,<br><br>    Plaintiff,<br><br>v.<br><br>MOUNTAIN LAND COLLECTIONS, INC., IASIS HEALTHCARE, Does I through X,<br><br>    Defendants. | **MEMORANDUM DECISION AND ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S FOURTH CAUSE OF ACTION**<br><br>Case No. 1:11-CV-00179-DN<br><br>District Judge David Nuffer |

The court reviewed Defendant Mountain Land Collections, Inc.'s Motion to Dismiss Plaintiff's Fourth Cause of Action[1] and the briefing of the parties, and finds that Plaintiff has not alleged collection activity that would be reasonably offensive to a reasonable person. *Jones v. U.S. Child Support Recovery*, 961 F. Supp. 1518 (D. Utah 1997).  The allegations in the Amended Complaint show only that Mountain Land acted reasonably to collect a debt believed to be owed.

IT IS HEREBY ORDERED that the Motion to Dismiss is GRANTED and Plaintiff's Fourth Cause of Action is DISMISSED.

DATED this 26th day of March, 2013.

BY THE COURT:

David Nuffer
United States District Court Judge

---

[1] Dkt. number 12, filed June 18, 2012.